Argued July 23, affirmed July 23, petition for rehearing denied
August 23, petition for review denied September 18, 1973

STATE OF OREGON, *Respondent, v.* CARL YOSS
(No. 14-611), *Appellant.*

511 P2d 1271

*Thomas A. Huffman,* Hillsboro, argued the cause for appellant. With him on the brief were Huffman and Zenger, Hillsboro.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and THORNTON, Judges.

AFFIRMED FROM THE BENCH.